COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| JUAN MARTINEZ, | § | No. 08-23-00070-CR |
| Appellant, | § | Appeal from the |
| v. | § | 34th Judicial District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20230D00029) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore modify the punishment portion of the trial court's judgment as to Juan Martinez's conviction of intoxication assault causing serious bodily injury while operating a motor vehicle (Count III only), such that the judgment imposes a sentence of ten years' confinement in TDCJ and no fine, with such term of confinement suspended and he is placed on community supervision for ten years. We otherwise affirm the judgment as modified. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 7TH DAY OF OCTOBER 2023.

GINA M. PALAFOX, Justice

Before Palafox, J., Soto, J., and Marion, C.J. (Ret.)
Marion, C.J. (Ret.), sitting by assignment